Entered JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-13-15

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MILTON EARL JOHNSON, JR.,

    Petitioner,

    vs.

M. BITER, Warden,

    Respondent.

Case No. CV 15-3359-SVW (RNB)

**J U D G M E N T**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 11, 2015

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE